```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THOMAS J. CHISHOLM, II,

                    Plaintiff,

         -against-                                                    ORDER
                                                                      17-CV-2255 (JMA) (AKT)
WALMART INCORPORATED; WALMART
BOARD OF DIRECTORS, 12 Members; DOUG C.                               FILED
MCMILLON, President/C.E.O. Walmart Incorporated;                      CLERK
GREG FORAN, President/C.E.O. Walmart U.S.A.;
DAVID CHEESEWRIGHT, President/C.E.O.                                  6/12/2017 4:23 pm
Walmart International; HAMID TABIBZADA,
Market Manager; KATHY, CAROL, and THEA,                               U.S. DISTRICT COURT
Riverhead Store Administrators; ALAN YAMAJI,                          EASTERN DISTRICT OF NEW YORK
Riverhead Store Manager; DAVID, Co-Manager;                           LONG ISLAND OFFICE
CARLOS, Assistant Store Manager; TRAVIS,
Assistant Store Manager,

                    Defendants.
-------------------------------------------------------------------X
```

**JOAN M. AZRACK, District Judge:**

On April 6, 2017, plaintiff Thomas J. Chisholm, II filed a complaint in this Court against Walmart Incorporated, the Walmart Board of Directors, Doug C. McMillon, Greg Foran, David Cheesewright, Hamid Tabibzada, Kathy, Carol, Thea, Alan Yamaji, David, Carlos, and Travis pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 ("Title VII") and the Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112–12117 ("ADA") together with an application to proceed in forma pauperis. (See Docket Entry Nos. 1–2.)

Upon review of the declaration accompanying plaintiff's application to proceed in forma pauperis, the Court finds that plaintiff is qualified to commence this action without prepayment of the filing fee. See 28 U.S.C. § 1915(a) (1). Accordingly, plaintiff's request to proceed in forma pauperis is GRANTED.

IT IS HEREBY ORDERED that plaintiff is granted leave to file the complaint without prepayment of the filing fee or security therefor; and

IT IS FURTHER ORDERED that the Clerk of Court must forward to the United States Marshal Service for the Eastern District of New York copies of plaintiff's summonses, complaint and this Order for service upon the named defendants without prepayment of fees; and

IT IS FURTHER ORDERED that the Clerk of Court must mail a copy of this Order to the plaintiff.

**SO ORDERED.**

Dated: June 12, 2017
Central Islip, New York

\_\_\_/s/ JMA_____
Joan M. Azrack
United States District Judge