UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------x

THOMAS J. CHISHOLM II,

        Plaintiff,

    v.

WALMART INCORPORATED, WALMART SHAREHOLDERS, WALMART BOARD OF DIRECTORS, DOUG C. MCMILLON, GREG FORAN, JAY JORGENSEN, HAMID TABIBZADA, KATHY (LNU), CAROL (LNU), THEA (LNU), ALAN YAMAJI, DAVID (LNU), CARLOS (LNU), TRAVIS (LNU) and RAYMOND (LNU),

        Defendants.

---------------------------------x

Civil Action No. 2:17-cv-02255 (JMA)(AKT)

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED by the parties, that the above-captioned action be dismissed in its entirety, with prejudice, and without costs or fees to any party.

    IT IS FURTHER STIPULATED that facsimile or electronic signatures on this Stipulation shall have the same force and effect of originals.

| | |
|---|---|
| THOMAS J. CHISCHOLM II<br>50 Saint John Place<br>West Babylon, New York 11704<br>Tel: 631-508-7567 | FORD HARRISON LLP<br>300 Connell Drive, Suite 4100<br>Berkeley Heights, NJ 07922<br>Tel: (973) 646-7300 |
| By: _____<br>    Thomas J. Chisholm | By: _____<br>    David S. Kim, Esq. |
| | ATTORNEYS FOR DEFENDANTS |
| Dated: 1/23/19 | Dated: 1/23/19 |

SO ORDERED:

_____