FILED
CLERK

2/4/2019 11:33 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
THOMAS J. CHISHOLM II,

    Plaintiff,

v.

WALMART INCORPORATED, WALMART
SHAREHOLDERS, WALMART BOARD OF
DIRECTORS, DOUG C. MCMILLON, GREG
FORAN, JAY JORGENSEN, HAMID
TABIBZADA, KATHY (LNU), CAROL (LNU),
THEA (LNU), ALAN YAMAJI, DAVID
(LNU), CARLOS (LNU), TRAVIS (LNU) and
RAYMOND (LNU),

    Defendants.
----------------------------------------x

Civil Action No. 2:17-cv-02255
(JMA)(AKT)

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties, that the above-captioned action be dismissed in its entirety, with prejudice, and without costs or fees to any party.

IT IS FURTHER STIPULATED that facsimile or electronic signatures on this Stipulation shall have the same force and effect of originals.

THOMAS J. CHISCHOLM II
50 Saint John Place
West Babylon, New York 11704
Tel: 631-508-7567

By: _____
Thomas J. Chisholm

Dated: 1/23/19
Case closed.
SO ORDERED:

/s/ JMA          2/4/2019
_____
Joan M. Azrack, USDJ

FORD HARRISON LLP
300 Connell Drive, Suite 4100
Berkeley Heights, NJ 07922
Tel: (973) 646-7300

By: _____
David S. Kim, Esq.

ATTORNEYS FOR DEFENDANTS

Dated: 1/23/19